Revised 01/2019

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

Application (1)

# FILED

OCT 22 2020

U.S. BANKRUPTCY COURT
BY _____ DEPUTY

IN RE:

| MSA AIRCRAFT PRODUCTS, INC. | 15-51552 |
|---|---|
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: The Boeing Company

PHONE NUMBER: 214.965.7734   LAST FOUR DIGITS OF SOCIAL SECURITY NO: 5694

MAILING ADDRESS: c/o Perkins Coie LLP, Attn: John D. Penn

500 N. Akard Street, Suite 3300

CITY: Dallas   STATE: TX   ZIP: 75201

and that a dividend in the amount of $ 17,714.18 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 10/9/2020

Claimant's Signature

State of Missouri
County of St. Louis
Subscribed and sworn to before me this 9th day of October, 2020

Notary Public

My commission expires: 1/20/2023

Mail to: United States Bankruptcy Court
Attn: Financial Administrator
615 E. Houston, Suite 546
San Antonio, TX 78205

CARLA L. HUDSON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: January 20, 2023
Commission Number: 15419987

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**IN RE:**

| | | |
|---|---|---|
| MSA AIRCRAFT PRODUCT | § § § § § | 15-51552 |
| | | Chapter 7 |
| Debtor(s) | § § § | Bankruptcy Case No. |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of October, 20 20, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

○ Austin Division
US Attorney
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

○ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

⦿ San Antonio Division
US Attorney
601 NW Loop 410,
Suite 600
San Antonio, TX 78216

○ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

○ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 10/9/2020     By: [signature]